

FILED
CLERK, U.S. DISTRICT COURT
NOV - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-cr-00269-JAK |
| Plaintiff, | |
| vs. | ORDER OF DETENTION |
| | [18 U.S.C. §§ 3148(b), 3143(a)] |
| ROBERT JAMES BARONE, | |
| Defendant. | |

On November 2, 2016 defendant Robert James Barone made his initial appearance following his arrest on a bench warrant issued by this court on October 14, 2016 for alleged violations of the terms and conditions of pretrial release.

The Court has reviewed the files and records in this matter and conducted a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3143(a).

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community if allowed to remain on bail pending future court

proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release, which include (1) drug test results which revealed the use of methamphetamine on September 12, 2016; and (2) defendant's failure to report for multiple mental health treatment and counseling in September 2016.

The Court finds that defendant does not appear to be amenable to treatment and his drug use poses a danger to himself and the community. These findings constitute a change in circumstances which justifies reconsideration of the decision to allow him to remain on bail pending future court appearances. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: November 2, 2016

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE

2